AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAY 2 3 2018

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Josue Sifuentes-Martinez

**CRIMINAL COMPLAINT**

Case Number: M-18-1087-M

IAE   YOB: 1998
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 21, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Josue Sifuentes-Martinez was encountered by Border Patrol Agents near Hidalgo, Texas on May 21, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 21, 2018, near Donna, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 7, 2017, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 8, 2015, the defendant was convicted of Possession of Marijuana greater than fifty (50) pounds and was sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

approved by
AUSA

Sworn to before me and subscribed in my presence,   8:20 a.m.

May 23, 2018

Signature of Complainant
Robert Ramirez    Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer